UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division

| **LYNN M. GRAVES,**<br><br>Plaintiff,<br><br>v.<br><br>**GC SERVICES LIMITED PARTNERSHIP-DELAWARE**<br><br>Defendant. | Case No. 08-10394<br>Hon. John Corbett O'Meara |
|---|---|
| Brian P. Parker (P48617)<br>Marianne M. Hall (P69753)<br>LAW OFFICES OF BRIAN P. PARKER, PC<br>**Attorney for Plaintiff**<br>30700 Telegraph Road, Suite 1580<br>Bingham Farms  MI  48025<br>(248) 642-6268<br>(248) 642-8875 (Facsimile)<br>lemonlaw@ameritech.net | Michael J. Hodge (P25146)<br>Scott R. Eldridge (P66452)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>**Attorneys for Defendant GC Services LP**<br>One Michigan Avenue, Suite 900<br>Lansing, MI  48933<br>(517) 487-2070<br>(517) 374-6304 (Facsimile)<br>email: hodge@millercanfield.com<br>email: eldridge@millercanfield.com |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF ACTION AGAINST DEFENDANT

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff and counsel for Defendant that this action against Defendant GC Services Limited Partnership-Delaware be dismissed with prejudice regarding all claims against Defendant GC Services Limited Partnership-Delaware, without costs or fees to the parties, and that an Order consistent with this stipulation be entered. This stipulation evinces the intent of the parties to have the Court enter a final Order closing this matter, including all related claims.

-2-

**APPROVAL:**

| | |
|---|---|
| LAW OFFICES OF BRIAN P. PARKER, PC | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
| Counsel for Plaintiff | Counsel for Defendant |
| By: <u>s/ with consent of Brian P. Parker</u><br>30700 Telegraph Rd, Suite 1580<br>Bingham Farms, MI 48025<br>(248) 352-5700<br>P3773 | By: <u>s/ Scott R. Eldridge</u><br>One Michigan Avenue, Suite 900<br>Lansing, MI 48933-1609<br>(517) 487-2070<br>P66452 |
| Dated:  May 8, 2008 | Dated:  May 8, 2008 |

## **<u>ORDER OF DISMISSAL WITH PREJUDICE OF ACTION AGAINST DEFENDANT</u>**

**SO ORDERED.**

Date: May 12, 2008                                         <u>s/John Corbett O'Meara</u>
                                                                            United States District Judge